IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JERRY LEE CLARK, SR., )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-165
)
JOHN T. WILCHER; LLOYD MURRY )
JR.; JUDGE PENNY FREESEMAN; )
DISTRICT ATTORNEY TIMOTHY )
RUFFINI; JASON JONES; ROBERT )
PRESE; JUNE FORGEL; )
CHRISTOPHER MEDDLETON; and )
ATTORNEY TODD MARTIN; )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **24th** day of July 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA